IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 04-30025-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **HOWARD CALVIN HARRIS, JR.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to vacate, set aside, or correct sentence filed by Defendant Howard Calvin Harris, Jr. [Doc. Nos. 145, 147] is **DENIED.**

**MONROE, LOUISIANA,** this 9th day of December, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE